# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130994

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NIKO TRAVELLE CARTER,
      Defendant-Appellant.

SC: 130994
COA: 267935
Genesee CC: 03-013132-FC

_____/

On order of the Court, the application for leave to appeal the February 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

d0724